**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ALBERT RIVERA** | ) | |
| **AND MIGDALIA RIVERA,** | ) | **Case No. 16-40639** |
| | ) | |
| **Debtors.** | ) | **Chapter 13** |

**NOTICE OF MOTION FOR MODIFICATION/AMENDMENT BEFORE CONFIRMATION**

THE ABOVE CAPTIONED DEBTORS HAVE FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE DOCUMENTS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

IF YOU DO NOT WANT THE COURT TO MODIFY/AMEND BEFORE CONFIRMATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MODIFICATION/AMENDMENT BEFORE CONFIRMATION THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION TO THE PROPOSED MODIFICATION AN A REQUEST FOR HEARING PRIOR TO THE CONFIRMATION HEARING SCHEDULED IN THIS CASE. THE CONFIRMATION HEARING IN THIS CASE IS SET FOR OCTOBER 24, 2016. HOWEVER, A CONTINUANCE TO NOVEMBER 18, 2016 AT 9 A.M. EST HAS BEEN REQUESTED. THE HEARING WILL BE HELD AT COLUMBUS BANKRUPTCY COURTHOUSE, 901 FRONT AVE., ONE ARSENAL PLACE, COLUMBUS, GA 31904.

IF YOU MAIL A REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE DATE STATED ABOVE

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.
Dated this 18th day of October 2016.

/s/ Marie Pardue
Marie Pardue
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **)** | |
| | **)** | |
| **ALBERT RIVERA** | **)** | |
| **AND MIGDALIA RIVERA,** | **)** | **Case No. 16-40639** |
| | **)** | |
| **Debtors.** | **)** | **Chapter 13** |

## MOTION FOR MODIFICATION/AMENDMENT BEFORE CONFIRMATION

COMES NOW, Debtors Albert Rivera and Migdalia Rivera, by and through the undersigned, and amend their plan as follows:

1. The plan was amended to move Santander Consumer USA to section D.
2. The collateral was corrected to reflect a 2008 Town and Country.
3. Further, the interest rate was changed to 5.25%.
4. The overall plan payment was raised slightly to $520 monthly.

RESPECTFULLY SUBMITTED this 18th day of October, 2016.

CARMICHAEL LAW GROUP LLC

/s/ Marie Pardue
Marie Pardue
GA Bar 636238
Attorney for Debtors
P.O. Box 122
Opelika, AL 36803
(334) 737-6311
(888) 337-1044 – fax
broy@carmichaellawgroup.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing has been delivered to all parties listed on the creditor matrix and the party listed below by electronic noticing or by first-class mail, postage prepaid, in accordance with the local rules of the Bankruptcy Court on this 18th day of October, 2016.

Kristin Hurst
P.O. Box 1907
Columbus, GA 31902
**Chapter 13 Trustee**

/s/ Marie Pardue
Marie Pardue
GA Bar 636238
Attorney for Debtors